UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. C09-0443 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER OF |
| JEREMY S. JOHNSTONE, | ) | DEFAULT JUDGMENT |
| | ) | |
| Defendant. | ) | |

Default having been entered against Defendant in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment the defaulted Defendant and having filed a proper declaration with me as to the amount due;

Judgment is, therefore, hereby rendered in favor of Plaintiff United States of America, and as follows against Defendant Jeremy S. Johnstone:

| | |
|---|---|
| Principal | $20,183.08 |
| Prejudgment Interest to May 29, 2009, at 3.25% per annum: | $    167.61 |
| TOTAL | $20,350.69 |

ORDER FOR
DEFAULT JUDGMENT- 1
(C09-0443)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1. Interest shall continue to accrue at 3.25% per annum ($1.79 per day) until entry of judgment on the principal amount of $20,183.08.

2. Interest shall accrue on the total judgment amount after judgment at the legal rate until fully paid.

3. The United States of American shall have and recover filing fees allowed pursuant to 28 U.S.C. §2412(a)(2) in the amount of Three Hundred Fifty Dollars ($350.00).

4. The United States of America shall have and recover docketing fees allowed pursuant to 28 U.S.C. §1923 in the amount of Twenty Dollars ($20.00).

DATED this 15th day of June 2009.

*[signature: Bruce Rifkin]*

Bruce Rifkin

Clerk, U.S. District Court

ORDER FOR
DEFAULT JUDGMENT- 2
(C09-0443)